| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------X<br>In re:<br><br>ADAM S CALDERON,<br><br>                       Debtor(s)<br>-------------------------------------------------------X | *Return Date:  April 22, 2010*<br>*Time:  9:30 a.m.*<br><br>Chapter 13<br>CASE NO.: 8-10-71094-REG<br><br>**NOTICE OF MOTION** |

SIRS / MADAMS

        **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Robert E. Grossman, United States Bankruptcy Judge on the 22nd day of April, 2010 at 9:30 a.m., at the United States Bankruptcy Court located at the Long Island Federal Courthouse, 290 Federal Plaza – Courtroom 860, Central Islip, New York 11722, for an Order pursuant to 11 U.S.C.§§521, & 1307(c), dismissing this case, by reason of the debtor's failure to submit monthly pre-confirmation payments, failure to file and/or provide documents, failure to appear at §341 meeting of creditors, and for such other and further relief as this Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later than five (5) days prior to the return date of this motion.

Dated:  Melville, New York  
          April 2, 2010

Yours, etc.

MICHAEL J. MACCO  
Chapter 13 Trustee  
135 Pinelawn Road, Suite 120 South  
Melville, New York 11747  
(631) 549-7900

To:    Office of the United States Trustee  
        Adam S Calderon , Pro Se Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X        **tmm1634**
In re:

                                                          Chapter 13

ADAM S CALDERON ,                          CASE NO.: 8-10-71094-REG

                    Debtor(s)                        **APPLICATION**
--------------------------------------------------------X
TO THE HONORABLE ROBERT E. GROSSMAN, UNITED STATES BANKRUPTCY JUDGE:

        MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, respectfully represents, as follows:

        1. The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on February 24, 2010 and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

        2. As of the date of this motion, the debtor(s) has failed to submit any monthly pre-confirmation payments to the Trustee.

        3. In addition, as of this date the debtor(s) has failed to file copies of pay statements from employer for sixty (60) day period preceding filing, within the fifteen (15) day period required under the Bankruptcy Code.

        4. Furthermore, as of this date the debtor has failed to provide the Trustee with a written appraisal for property; copies of 2008 and 2009 State and Federal Tax Returns; all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

        5. Moreover, the debtor failed to appear at the initial §341 meeting of creditors, held on March 30, 2010 at 10:00 a.m.

        6. This is a material default and is prejudicial to the rights of the creditors of the debtor.

        **WHEREFORE**, the Trustee prays for an Order pursuant to the provisions of 11 U.S.C.§§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Melville, New York
       April 2, 2010                            */s/ Michael J. Macco*
                                                Michael J. Macco, Chapter 13 Trustee
                                                135 Pinelawn Road – Suite 120 South
                                                Melville, New York 11747
                                                (631) 549-7900

STATE OF NEW YORK    )
COUNTY OF SUFFOLK    )    ss.:

   MARY E. FERRO, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in Suffolk County, New York.

   On April 2, 2010, deponent served the within:

**NOTICE OF MOTION AND APPLICATION**

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

To: Office of the United States Trustee
   Long Island Federal Courthouse
   560 Federal Plaza
   Central Islip, NY 11722

   Adam S Calderon, Pro Se Debtor
   63 Carman Mill Road
   Massapequa, NY 11758

            */s/ Mary E. Ferro*
            MARY E. FERRO

Sworn to before me this
2nd day of April, 2010

*/s/ Janine M. Zarrilli*
NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2013